AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH 489-1732

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

WILLIAM T. MOCCIA
a/k/a "BILLY"

CASE NUMBER: 00-4092-SNa

FILED by _____ D.C.
MAY - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIAM T. MOCCIA__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import and to possess with intent to distribute marijuana into the United States from a place outside, knowingly and intentionally importing marijuana into the United States from a place outside and knowingly and intentionally possessing with the intent to distribute marijuana.

in violation of Title 21 United States Code, Section(s) 841(a)(1), 846, 952(a), 963

Lurana S. Snow
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

May 1, 2000 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial detention  *requested*

by *Lurana S. Snow*, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __WILLIAM T. MOCCIA__

ALIAS: _____

LAST KNOWN RESIDENCE: __3156 HAYWOOD RD., PULASKI, TENN__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __10/19/61__

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____