AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH 489-1732

## United States District Court
**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

WILLIAM T. MOCCIA
a/k/a "BILLY"

**WARRANT FOR ARREST**

00-6119-CR-WJZ

CASE NUMBER: 00-4042-SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **WILLIAM T. MOCCIA** _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import and to possess with intent to distribute marijuana into the United States from a place outside, knowingly and intentionally importing marijuana into the United States from a place outside and knowingly and intentionally possessing with the intent to distribute marijuana.

in violation of Title 21 United States Code, Section(s) 841(a)(1), 846, 952(a), 963

Lurana S. Snow
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

May 1, 2000 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial detention *requested*

*[signature]* Lurana S. Snow
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Nashville, TN |||
| DATE RECEIVED 05/01/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, USM FOR: DEA | SIGNATURE OF ARRESTING OFFICER Fred DePompa, SDUSM |
| DATE OF ARREST 05/09/2000 | | |

12