cr-06119-WJZ    Document 59    Entered on FLSD Docket 06/05/2000    P

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**(Ft. Lauderdale Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | **CASE NO. 00-Cr-6119-Zloch** |
| Plaintiff, : | |
| v. : | |
| WILLIAM MOCCIA, : | |
| Defendant. : | |

### ENTRY OF APPEARANCE

COMES NOW, NEIL M. SCHUSTER, and hereby respectfully notices his appearance on behalf of the Defendant, WILLIAM MOCCIA, before the United States District Court for the Southern District of Florida and hereby requests that he be notified of all hearing dates in this cause.

Respectfully submitted,

By: _____
Neil M. Schuster
407 Lincoln Road, Suite 11B
Miami Beach, FL 33139
(305) 673-3737
Fax: (305) 534-5470
Florida Bar No. 216909
Trial Counsel



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this 31st day of May, 2000 to Bertha R. Mitrani, AUSA, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394-3002.

By: _____
Neil M. Schuster

2