COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

*[Filed JUN 1 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA., FT. LAUD.]*

DEFT: WILLIAM MOCCIA                CASE NO: 00-6119-CR-ZLOCH
AUSA: BERTHA MITRANI *(pres.)*       ATTY: NEIL SCHUSTER (temp) *pres.*
AGENT: _____                VIOL: _____
PROCEEDING I/A ON INDICTMENT         RECOMMENDED BOND PSB $80,000 property
BOND HEARING HELD - yes/no           COUNSEL APPOINTED *bond*

BOND SET @ Bond set in Tennessee adopted by this Court $80,000 property secured
SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS / as directed in TENN  x's a wk/month by phone; x's a wk/month in person
3) Travel extended to: Tenn + SD/FL
4) seek empl + mntn
5) No firearm
6) No excessive alcohol
7) drug testing / trtmt by PTS
8) surrender pilots license

Reading of Indictment Waived
Not Guilty plea entered
Jury trial requested
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____
                          PTD/BOND HRG: _____
                          PRELIM/ARRAIGN: _____
                          REMOVAL HRG: _____
                          STATUS CONF: 6-15  /  11  BSS

Date: 6-1-00   Time 11:00    FTL/LSS TAPE #00- 027   Begin: 3095  End: 3452

63