**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

  Plaintiff,

v.

WILLIAM MOCCIA
  Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language English
Tape No. 00- 0૨ 7
AUSA Bertha Mitrani
Agent

FILED by ___ D.C.
JUN - 1 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

The above-named defendant having surrendered on 6/1/00, having appeared before the court for initial appearance on 6/1/00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _Neil Schuster_____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
on _____ _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _July_ at _____ before Judge _____.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at ____ before Judge _____.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _Bond contd @ 80,000 secured by property_
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below: _set in TN_
___ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows: ___ times a week /month by phone, ___ time a week/month in person; other: _as directed in Tennessee_
✓ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
✓ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
✓ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

65

4. Comply with the following additional special conditions of this bond: _No excessive use of alcohol; surrender pilot license_

This bond was set: At Arrest _____
On Warrant _____
After Hearing ✓

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 1ST day of JUNE, 2000.

_Lurana S. Snow_
**U. S. MAGISTRATE JUDGE**
**LURANA S. SNOW**

cc. Assistant U.S. Attorney
Defendant
Counsel
Copy for Judge
Pretrial Services/Probation