UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

vs

WILLIAM MOCCIA

ARRAIGNMENT INFORMATION SHEET

FILED by JUN - 1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 1, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: ON BOND FORM

                      Telephone:

DEFENSE COUNSEL:      Name:    NEIL SCHUSTER

                      Address:

                      Telephone:

BOND SET/CONTINUED: $ 10,000 property continued as set in TD

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this  1ST  day of  JUNE  ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: Denny Butler
    Deputy Clerk

Tape No.  00- 027

cc: Copy for Judge
    U. S. Attorney

67