UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )
 Plaintiff )  U.S. Marshal # 15948-075
 ) Case Number: CR 00-6119-CK-WJZ
 ) 00-4092-CR-SNOW
-vs- ) REPORT COMMENCING CRIMINAL
 ) ACTION
WILLIAM THOMAS MOCCIA )
 Defendant )

FILED by ___ D.C.
JUN 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office     MIAMI   ( FT. LAUDERDALE )   W. PALM BEACH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".   WCR IN FROM MD/TN

(1) Date and Time of Arrest: 6-1-00                  am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PW(I) COCAINE

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 10-19-61

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ 100,000 P/S
Who set Bond: SNOW

(7) Remarks: Surr.

(8) Date: 6-1-00    (9) Arresting Officer: _____

(10) Agency: _____     (11) Phone: _____

(12) Comments: _____

71