## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### (Ft. Lauderdale Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CASE NO. 00-Cr-6119-Zloch** |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM MOCCIA, | : | |
| Defendant. | : | |

### NOTICE OF ABSENCE FROM JURISDICTION

COMES NOW, the counsel for the Defendant, NEIL M. SCHUSTER, and respectfully invites this Honorable Court to consider that the undersigned counsel will be absent from the jurisdiction on prepaid vacation the following dates: July 23-31, 2000 inclusive; August 16-26, 2000 inclusive. Those dates include traveling out-of-state to help start the new Fall 2000 college year with counsel's daughter.

Respectfully submitted,

By: _____
Neil M. Schuster
407 Lincoln Road, Suite 11B
Miami Beach, FL 33139
(305) 673-3737
Fax: (305) 534-5470
Florida Bar No. 216909
Trial Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this ___ day of June, 2000 to Bertha R. Mitrani, AUSA, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394-3002.

By: _____
Neil M. Schuster