UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

WILLIAM MOCCIA,

          Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on June 7, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three to four days to try. Finally, the Government informed the Court that its case will not involve any tapes as to this particular defendant, although it will be presenting taped evidence as to other defendants.

2.    Defense counsel acknowledged his receipt of the Government's discovery response and stated that there are no motions currently pending. He has filed a Notice of

Absence, reflecting his unavailability on July 23 to July 30, 2000 and August 16 to August 26, 2000.

DATED at Fort Lauderdale, Florida this \_\_\_\_ day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Neal Schuster, Esquire
Attorney for Defendant