## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### (Ft. Lauderdale Division)

UNITED STATES OF AMERICA,    :       **CASE NO. 00-Cr-6119-Zloch**

         Plaintiff,    :

                    :

v.                      :

                    :

WILLIAM MOCCIA,      :

                    :

         Defendant.    :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

### UNOPPOSED MOTION TO CONTINUE CALENDAR CALL AND TRIAL DATE
### (AND MOTION TO ADOPT CO-DEFENDANT'S CONTINUANCE MOTIONS)

COMES NOW, the Defendant, WILLIAM MOCCIA by and through his undersigned counsel and hereby respectfully moves this Honorable Court to enter an order continuing both the calendar call and trial date set herein. In support thereto, Defendant avers:

1.    This matter is presently scheduled for calendar call on July 28, 2000 at 9:00 a.m. and trial commencing July 31, 2000 at 9:00 a.m.

2.    The undersigned counsel filed a Notice of Absence from Jurisdiction at the June 7, 2000 Status Conference.

3.    Because counsel has prepaid vacation plans he respectfully invites this Honorable Court to consider setting the matter over for the following calendar call.

4.    The parties have engaged in preliminary plea discussions which may well resolve this case short of trial.



5.    This motion is not filed for mere purposes of delay.

6.    The undersigned counsel has discussed this motion with AUSA Mitrani who has no objections to the relief requested.

WHEREFORE, the Defendant respectfully prays that this Honorable Court enter an order continuing both the calendar call and trial date set herein.

Respectfully submitted,

By: _____

Neil M. Schuster
407 Lincoln Road, Suite 11B
Miami Beach, FL 33139
(305) 673-3737
Fax: (305) 534-5470
Florida Bar No. 216909
Trial Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has

been furnished this _26_ day of June, 2000 to the following individuals:

Bertha R. Mitrani, AUSA
Office of the U.S. Attorney,
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002.

Stuart Adelstein, Esq.
1435 S. Miami Ave.
Miami, FL 33130

Alvin E. Entin, Esq.
200 E. Broward Blvd. Ste. 1210
Fort Lauderdale, FL 33301

Manuel Vazquez, Esq.
2655 LeJeune Rd
Coral Gables, FL 33134

Herbert M. Cohen, Esq.
200 S.E. Sixth St. Ste. 205
Ft. Lauderdale, FL 33301

Bruce H. Fleisher, Esq.
2665 S. Bayshore Dr. Ste. 1206
Miami, FL 33133

Patrick M. Hunt, Esq.
Daryl E. Wilcox, Esq.
Federal Public Defender's Office
101 N.E. 3rd Ave. Ste. 202
Ft. Lauderdale, FL 33301-1145

By: _____
        Neil M. Schuster