FILED by _____ D.C.

JUL 0 6 2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6119-CR-ZLOCH**

UNITED STATES OF AMERICA

v.

WILLIAM MOCCIA

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, FL 33301 | July 21, 2000 at 11:30 AM |

**CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

*[signature]*
BY DEPUTY CLERK

DATE: July 6, 2000

cc:
Bertha Mitrani, Esq., AUSA
Neal Schuster, Esq.