UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
OCT 1 3 2000

CASE NUMBER CC-6119-CR-Z/och  DATE 10-13-00
CLERK Caitline Newley  REPORTER Carl Schantler
PROBATION Kathryn Gomez  INTERPRETER

UNITED STATES OF AMERICA v. William Maccica

U. S. ATTORNEY Bertha M. Yrani  DEFT COUNSEL Neal Schuster

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING Deft's objection to Role denied —
Ct 1 - 70 months custody of BOP - 3 yrs
Supervised Release - $100 assessment (paid)
Spec Cnds - Participate in Drug/Alcohol
JUDGMENT abuse program — Ct Recommends
facility to treat substance abuse
problem — Execution of sentence
deferred until noon Jan 5, 2001

CASE CONTINUED TO _____  TIME _____  FOR _____
Ct. recommends FPC Eglin —

MISC

173