**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CASE NO. 00-Cr-6119-Zloch** |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM MOCCIA, | : | |
| Defendant. | : | |

## AGREED MOTION FOR SUBSTITUTION AND AMENDMENT OF RELEASE CONDITIONS

COMES NOW, the Defendant, WILLIAM MOCCIA by and through his undersigned counsel, and with the agreement of AUSA Mitrani hereby respectfully moves this Honorable Court to enter an order allowing amendment of release conditions and the substitution of bond. In support thereto, Defendant avers:

1. This motion is filed in anticipation of the sale and closing of the Moccia family residence. The closing of the family home was scheduled for November 1, 2000 in Pulaski, Tenn. The Defendant was released on an $80,000 property bond in the Middle District of Tennessee secured by the family home and vehicles.

2. At arraignment in the Southern District of Florida, by agreement of the parties, the same conditions of release were imposed. The Defendant was



sentenced to a 70-month jail term on October 13, 2000, was permitted to voluntary surrender on January 5, 2001 and seeks to insure that his family will have funds available while he is jailed.

3. With the government's advance permission and approval, the Defendant intends to sell his home, in anticipation of serving his jail term. Consequently, the Defendant also respectfully seeks the permission of this Honorable Court to change residences as further detailed below.

4. Under the terms of the Defendant's contract for sale of the marital residence, the Defendant and his wife will receive $115,000. They have a mortgage of approximately $48,000. They anticipate receiving approximately $66,000 at closing. The Clerk of Court is also holding titles to two Moccia vehicles as part and parcel of the bond.

5. In order to insure good and clear title will pass to the buyer of the Moccia marital residence, and to insure collateral as a condition of release, the Defendant and the government have agreed to instruct the closing agent, Mark Hayes, Executive Vice-President, First National Bank of Pulaski, to deliver to the Clerk of Court, Middle District of Tennessee a $66,000 check in certified funds. That Clerk is presently the repository of the Moccia collateral. It is agreed by the parties that upon the posting of the $66,000 in certified funds (to serve as substitute collateral for the Defendant's residence) it will be appropriate to release the marital home as collateral and authorize the Clerk of Court to execute

any satisfactions necessary to release liens of title on the Moccia family residence.

6. The only remaining condition at issue is where the Defendant will commence living (with his wife and children) upon vacating the family residence. The Defendant proposes to reside with his in laws at 5630 Coolidge St. Hollywood, Florida after the sale and until he surrenders on his sentence.

7. The parties have agreed upon this motion and have concurred in a proposed order.

WHEREFORE, the Defendant respectfully prays that this Honorable Court enter an order accordingly amending the conditions of release.

Respectfully submitted,

By:_____

Neil M. Schuster
407 Lincoln Road, Suite 11B
Miami Beach, FL 33139
(305) 673-3737
Fax: (305) 534-5470
Florida Bar No. 216909
Trial Counsel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this __3__ day of ~~October~~ Nov , 2000 to the following individuals:

Bertha R. Mitrani, AUSA
Office of the U.S. Attorney,
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002.

By: _____
Neil M. Schuster