UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

v.

WILLIAM MOCCIA,
   *et. al*,

Defendant.
_____/

**NIGHT BOX FILED**

**NOV 7 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## UNITED STATES' POSITION REGARDING
## SUBSTITUTION AND AMENDMENT OF RELEASE CONDITIONS

The United States of America, by and through its undersigned Assistant United States Attorney, hereby states its position regarding Defendant MOCCIA's Motion For Substitution and Amendment Of Release Conditions:

1. On or about the third week of May, 2000, the defendant was arrested in Tennessee in connection with a marijuana importation scheme, and was brought before a Magistrate Judge who held a bond hearing. That judge set an eighty thousand dollar ($80,000) property bond which was collateralized by the defendant's house and two vehicles. On June 1, 2000, this Court adopted the terms and conditions of the Tennessee bond.

2. On October 13, 2000, the defendant was sentenced to seventy (70) months' imprisonment and was permitted to voluntarily surrender on January 5, 2001.

3. It is the Government's understanding that the defendant wishes to sell his house

190

and substitute the net proceeds of the sale, $66,000, for the real property, as collateral for his $80,000 property bond. Accordingly, once the sale of the house is complete, the defendant's bond would be collateralized by a $66,000 certified check together with the titles of the defendant's two vehicles.

4. The Government further understands that the $66,000 certified check would be in the custody and control of the Clerk of Court for the Middle District of Tennessee, who will be forbidden from releasing the check unless and until the defendant's bond is discharged (which will presumably occur shortly after his surrender).

5. To the extent that the above is what the defendant seeks to do, the Government has no opposition to the substitution of a $66,000 certified check for the real property in support of the defendant's bond.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: _____
>Bertha R. Mitrani
>Assistant United States Attorney
>Florida Bar No. 88171
>500 East Broward Boulevard
>Fort Lauderdale, Florida 33394
>Tel: 954/ 356-7255
>Facsimile: 954/356-7336

cc:    Special Agent Redpath

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile *305/534-5470* and regular first class mail to counsel for the defendant on this _____ day of November, 2000:

Neil M. Schuster, Esquire
Suite 11B
407 Lincoln Road
Miami Beach, Florida 33139

Bertha R. Mitrani
Assistant United States Attorney