

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
(Ft. Lauderdale Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CASE NO. 00-Cr-6119-Zloch** |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM MOCCIA, | : | |
| Defendant. | : | |

# NOTICE OF WITHDRAWAL OF MOTION FOR SUBSTITUTION AND AMENDMENT OF RELEASE CONDITIONS

COMES NOW, the Defendant, WILLIAM MOCCIA, by and through his undersigned counsel, and hereby withdraws his previously filed Motion for Substitution and Amendment of Release of Conditions. The Defendant notes that the buyers refused to perform under the contract as a consequence of the Moccia's failure to deliver marketable title on the date of closing, November 1, 2000. The Defendant is still seeking to sell his home.



Respectfully submitted,

By: _____
Neil M. Schuster
407 Lincoln Road, Suite 11B
Miami Beach, FL 33139
(305) 673-3737
Fax: (305) 534-5470
Florida Bar No. 216909
Trial Counsel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this 9 day of November, 2000 to the following individuals:

Bertha R. Mitrani, AUSA
Office of the U.S. Attorney,
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002.

By: _____
Neil M. Schuster

2