DEFENDANT: WILLIAM MOCCIA
CASE NUMBER: 00-6119-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 70 months.

[x] The court makes the following recommendations to the Bureau of Prisons:
a facility capable of treating the defendant's substance abuse problem.
Court recommends FPC Eglin, FL.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

   [ ] at _____ a.m./p.m. on _____ .

   [ ] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [x] before 2 p.m. on noon January 5, 2001.

   [ ] as notified by the United States Marshal.

   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on V/S 1/5/01 to FPC EGLIN AFBFL

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal