**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CASE NO. 00-Cr-6119-Zloch** |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM MOCCIA, | : | |
| Defendant. | : | |

### AGREED MOTION FOR RELEASE AND EXONERATION OF BOND

COMES NOW the Defendant by and through his undersigned counsel and with the agreement of the government (by and through AUSA Mitrani) respectfully notices this Honorable Court that he has fully complied with all conditions of the appearance bond in this case and surrendered to the Eglin FPC on January 4, 2001 as ordered by the Court. The Defendant, therefore, respectfully requests that this Honorable Court enter an Order exonerating bond and order the Clerk of Courts in the Southern District of Florida and Middle District of Tennessee, the forum where bond was initially posted, to execute any satisfaction of mortgage and release of vehicle titles to insure full exoneration of bond.



WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an order exonerating bond.

Respectfully submitted,

By: _____
Neil M. Schuster
407 Lincoln Road, Suite 11B
Miami Beach, FL 33139
(305) 673-3737
Fax: (305) 534-5470
Florida Bar No. 216909
Trial Counsel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished this _____ day of January, 2001 to the following individuals:

Bertha R. Mitrani, AUSA
Office of the U.S. Attorney,
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002.

Wendy Goggin, USA
Office of the United States Attorney
Middle District of Tennessee
110 Ninth Avenue S.
Suite A-961
Nashville, TN 37203-3870

By: _____
Neil M. Schuster