UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

V.

WILLIAM MOCCIA

ORDER DISCHARGING BOND

FILED by _____ D.C.

JAN 23 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the court upon Agreed Motion For Release and Exoneration of Bond (filed January 18, 2001) and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the bond posted on behalf of defendant in this case is hereby discharged. The Clerk of Court is hereby ordered to release the mortgage and titles supporting the bond and execute and record any satisfactions of title necessary to this Order. The Clerk of Court in the Middle District of Tennessee is authorized to release the vehicle titles and execute any and all satisfaction of mortgage necessary to clear title on the Moccia property.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 23 day of January, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA
Neil Schuster, Esq.
Financial